EDGEWOOD COUNTRY CLUB, a corporation, Appellant,

v.

UNITED STATES of America, Appellee.

No. 8754.

United States Court of Appeals Fourth Circuit.

Argued Nov. 9, 1962.

Decided Dec. 5, 1962.

Thomas N. Chambers, Charleston, W. Va. (Lee O. Hill,.and Jackson, Kelly, Holt & O'Farrell, Charlotte, W. Va., on brief) for appellant.

Michael I. Smith, Atty., Dept. of Justice (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson and Robert N. Anderson, Attys., Dept. of Justice, and Harry G. Camper, Jr., U. S. Atty., on brief), for appellee.

Before SOPER, BRYAN, and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of the District Court determining that the cost of certain shares of stock constituted an initiation fee and was, therefore, subject to the federal excise tax on initiation fees under Section 4241(a) (2) of The Internal Revenue Code of 1954 (26 U.S.C. 1958 ed., Sec. 4241(a) (2)).

The judgment of the court below is affirmed for the reasons set forth in the able opinion of Judge Watkins. Edgewood Country Club v. United States, 204 F.Supp. 508 (S.D.West Va., 1962).

Affirmed.

UNITED CONTAINER COMPANY, Appellant,

v.

REPUBLIC POWDERED METALS, INC.

No. 14061.

United States Court of Appeals Third Circuit.

Argued Dec. 11, 1962.

Decided Dec. 20, 1962.

Marvin Comisky, Philadelphia, Pa. (Louis D. Apothaker, Jerome B. Apfel, Blank, Rudenko, Klaus & Rome, Philadelphia, Pa., on the brief), for appellant, United Container Co.

John Ryan, Philadelphia, Pa. (O'Keefe, Knecht & Ryan, Philadelphia, Pa. Strong & Sullivan, Philadelphia, Pa., on the brief), for appellee Republic Powdered Metals, Inc.

Before KALODNER and FORMAN, Circuit Judges, and ROSENBERG, District Judge.

PER CURIAM.

Upon review of the record we find no error.

The Order of the District Court dated April 19, 1962 setting aside the judgment entered on February 16, 1962 in favor of United Container Company and its entry of judgment in favor of Republic Powdered Metals, Inc. pursuant to its granting of defendant's motion for judgment n. o. v. will be affirmed.